In the Matter of EDWIN J. CUMMINGS, Appellant, against CITY OF NEW YORK, Respondent.— Order unanimously reversed, with $20 costs and disbursements to appellant, and the motion granted. There was a sufficient showing of claimant's physical incapacity to warrant granting claimant leave to serve notice of claim beyond the statutory period in accordance with section 50-e of the General Municipal Law. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

■

EMILE VARON, Respondent, v. L. LACROIX FILS, SOCIETE ANONYME D'EXPLOITATION DES PAPETERIES, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

■

ROSE KINSTLINGER et al., Doing Business as Copartners under the Name of TRANS PRODUCTS COMPANY, Respondents, v. HARRY DANSKY et al., Appellants, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

■

THOMAS L. CORCORAN et al., Respondents, v. JOHN F. TROMMER, INC., et al., Appellants. (Consolidated Appeals.) — Orders unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. The dates for the examinations to proceed shall be fixed in the order. Settle orders on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel JOSEPH D. MCGOLDRICK, as State Rent Administrator, Respondent, against PERCY URIS et al., Appellants. — Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ.

■

In the Matter of the Estate of SEYMOUR LANE, Deceased. RUTH L. STEELE, as Executrix of SEYMOUR LANE, Deceased, et al., Appellants; MENIKOFF & SPIVACK, Respondents, et al., Defendants.— Decree and order unanimously affirmed, with costs to all parties appearing and filing briefs herein payable out of the estate. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.

■

FRANK E. DESHLER, Appellant, v. HELEN W. RIVAS, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.

■

RIALTO TRADING CORP., Respondent, v. ABRAHAM FURER et al., Appellants, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Heffernan, JJ.